UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES COUNCIL 4; *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> *Defendants*. | Civil Action No.: 3:21-cv-01524-SRU <br><br> May 17, 2022 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, as follows:

1. Plaintiffs' claims and this action are dismissed with prejudice.

2. Each party agrees to bear its own attorney fees and court costs.

3. This Stipulation is effective on the date by which both parties have executed it.

Respectfully and jointly submitted this the 17th day of May 2022.

| | |
|---|---|
| BRIAN M. BOYNTON <br> Principal Deputy Assistant Attorney General <br><br> ALEXANDER K. HAAS <br> Director, Federal Programs Branch <br><br> ANTHONY J. COPPOLINO <br> Deputy Director | /s/ *Michael J. Wishnie*_____ <br> Kathryn Bussey, Law Student Intern <br> Josh Lefkow, Law Student Intern <br> Rekha Kennedy, Law Student Intern <br> Dena Shata, Law Student Intern <br> Meghan E. Brooks, ct31147 <br> Michael J. Wishnie, ct27221 <br> Veterans Legal Services Clinic <br> Jerome N. Frank Legal Services Org. |

/s/ *Cassandra M. Snyder*
CASSANDRA M. SNYDER (DC Bar No. 1671667)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 451-7729
Fax: (202) 616-8460
Email: cassandra.m.snyder@usdoj.gov

NATALIE ELICKER, ct28458
Assistant U.S. Attorney
United States Attorney's Office
District of Connecticut
157 Church Street
Floor 25
New Haven, CT 06510
Phone: (203) 821-3799
Fax: (203) 773-5376
Email: natalie.elicker@usdoj.gov

*Counsel for Defendants*

P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800

Daniel E. Livingston, ct04226
Livingston, Adler, Pulda, Meiklejohn & Kelly, PC
557 Prospect Ave.
Hartford, CT 06105
Tel: (860) 454-9608
delivingstonlapm@gmail.com

*Counsel for Plaintiffs*